UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CLAYTON ORVILLE KING,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** ) | No. CIV-25-111-R |

## ORDER

Plaintiff Clayton Orville King, a state prisoner proceeding *pro se*, filed two complaints that have since been consolidated. The matter was referred to United States Magistrate Judge Chris M. Stephens in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Judge Stephens issued a Report and Recommendation [Doc. No. 13] recommending dismissal of the case without prejudice for failure to cure pleading deficiencies.

Judge Stephens informed Plaintiff of his right to object to the Report and Recommendation, and advised that if he failed to object by April 29, 2025, his right to appellate review of the factual and legal questions contained therein would be waived. Doc. No. 13 at p. 3.

To date, neither an objection nor a request for extension of time to object to the Report and Recommendation has been filed. With no objection filed within the time prescribed, on *de novo* review, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of May, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE